**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1901

CHERYL B. CARTER,

             Plaintiff - Appellant,

      v.

MCCREARY MODERN, INCORPORATED,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:10-cv-00014-RLV-DSC)

Submitted: February 28, 2012          Decided: March 7, 2012

Before GREGORY, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jenny L. Sharpe, LAW OFFICE OF JENNY L. SHARPE, Charlotte, North Carolina; Tamara W. Brooks, BROOKS LAW OFFICE, Charlotte, North Carolina, for Appellant. Stephen M. Thomas, Michael P. Thomas, Susan W. Matthews, PATRICK, HARPER & DIXON, L.L.P., Hickory, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl B. Carter appeals from the district court's order granting summary judgment in favor of McCreary Modern, Inc., in her action in which she alleged that McCreary regarded her as disabled and employed improper qualifications standards in denying her employment. We have reviewed the record on appeal and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carter v. McCreary Modern, Inc., No. 5:10-cv-00014-RLV-DSC (W.D.N.C. Aug. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED